```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF OHIO
            EASTERN DIVISION
```

Brian Bruce,                        :

       Plaintiff,              :        Case No. 2:13-cv-636

  v.                               :

                                          JUDGE Smith
                                 :        Magistrate Judge Kemp

Sheriff Smith, et al.,

       Defendant.              :

<u>NOTICE</u>

**PLEASE NOTE** the Settlement Week mediation conference in the above entitled action is hereby **<u>VACATED</u>**.


Date: June 5, 2014


                                             <u>/s/ Terence P. Kemp</u>
                                             United States Magistrate Judge


<u>PREVIOUSLY SCHEDULED DATE</u>:    June 11, 2014 at 9:00 AM


TO: Robert Kincaid Mediator, 65 E. State St., Ste. 2100
    Columbus, OH 43215